AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| EDGAR ALI CERDA, | )  Case No.  23-MJ-6231-PAB |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 2020-March 10, 2021,  in the county of  Broward  in the Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Nicholas Masters, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence in accordance to the requirements of Fed. R. Crim. P. 4.1 by  Facetime .

Date:  5-22-2023

*Judge's signature*

City and state:  Fort Lauderdale, Florida    Panayotta Augustin-Birch, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nicholas P. Masters, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. This affidavit is being submitted in support of a criminal complaint which charges **Edgar Ali Cerda** with possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

2. I have been employed by the Broward County Sheriff's Office ("BSO") since 2003 and have been a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") for approximately sixteen (16) years. I am currently assigned to the BSO Internet Crimes Against Children Unit ("ICAC") of the Strategic Investigations Division and a TFO on the Crimes Against Children Squad of the FBI's Miami Division. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including the possession, distribution, and production of child pornography violations. I received training on investigative techniques for these violations, including the use of surveillance, undercover activity, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations, and have executed search warrants that have led to seizures of child pornography.

3. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4. In or around December 2020, the South Florida ICAC received a Cybertip[1] from the National Center for Missing and Exploited Children ("NCMEC") concerning alleged child pornography discovered by Kik[2] in the account of one of their subscribers.

5. The South Florida ICAC and I have received many Cybertips from Kik over the past nine (9) years while assigned to the task force, and although not every tip resulted in an arrest, the information contained within the tips were found to be accurate and reliable. Kik reported to NCMEC that one of their subscribers "uploaded/shared with another user or group of users" at least 12 videos of child pornography while utilizing their Kik Messenger application. Kik also provided the Internet Protocol (IP) Address associated with the offending account along with information that shows the files were "shared in a messaging group" between October 29, 2020, and November 11, 2020. Kik stated in the Cybertip Report that they had viewed the entire contents of the reported files prior to submitting them to NCMEC. The subscriber is identified by the username "2sideswlcm" and the email address "trek4alt@outlook.com".

6. Based upon the IP Address geo-location the Cybertip was originally assigned to Det. Adam Granit (Davie Police Department).

---

[1] Cybertips are investigative leads generated by the National Center for Missing and Exploited Children (NCMEC). NCMEC is a non-profit organization that provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional authorization (42 U.S.C. § 5773) NCMEC operates the Cybertipline and Child Victim Identification Programs to assist law enforcement in identifying victims of child pornography and child sexual exploitation. NCMEC works with law enforcement, Internet Service Providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet. NCMEC forwards reports of child sexual exploitation to law enforcement for the purposes of investigation and disposition.

[2] Under 18 U.S.C. § 2258A, any electronic communication service provider that obtains actual knowledge of any facts or circumstances from which a violation of federal child pornography laws is apparent must report the facts and circumstances to the CybertipLine at NCMEC. NCMEC then forwards the reported information to both state and federal law enforcement officials. 18 U.S.C. § 2258C. An internet service provider that fails to report such facts is subject to significant fines. 18 U.S.C. § 2258E.

7. On or about December 16, 2020, Det. Granit obtained a subpoena for subscriber records for the IP Address provided by Kik after discovering it was owned by Comcast. On the same day, Comcast complied with the subpoena and identified the below subscriber and service address for IP Address 98.249.233.188 assigned on November 7, 2020, at 22:25:40 UTC. This specific date and time is related to the reported user uploading/distributing one of the child pornography videos that included in the Cybertip Report. The Comcast records identified the following:

> Subscriber Name: EDGAR CERDA
> Service Address: 11140 SPRINGFIELD PL, COOPER CITY, FL 33026
> Billing Address: 11140 SPRINGFIELD PL, COOPER CITY, FL 33026

8. On or about December 18, 2020, Det. Granit requested the tip be reassigned based upon it being outside of the Town of Davie and on December 21, 2020, the tip was assigned to your Affiant for follow-up. I viewed the twelve (12) video files that were submitted with the Kik Cybertip and determined that only eleven (11) of the files depicted child pornography. Of the eleven (11) files, six (6) of them are unique files and a sampling are described below.

> **File Name:** 00f700f8-a5df-453a-9b1f-cae680bfec2d.mp4
> File Description: A video that is approximately 0:31 seconds in duration that depicts a female child wearing an orange shirt and no pants on a green bedding. The child is approximately 10-12 years old and an adult male first touches the child's vagina with his hand and then inserts his erect penis into the child's vagina.
>
> **File Name:** 408ad29f-b0d5-4959-8df1-bccba6433163.mp4 & c6bf7386-eeb9-4aec-bcce-9b593e8c2a39.mp4
> File Description: A video that is approximately 1 minute 36 seconds in duration and depicts a completely nude female child that is approximately 10-12 years old. The camera is positioned between the child's legs while the child is seated on the floor. The child proceeds to spread her vagina with her fingers and then begins to masturbate. The child also manipulates the camera direction, so that her vagina remains within the view of the camera.
>
> **File Name:** 464acd17-1faf-430e-9485-3c9647ae64aa.mp4
> File Description: A video that is approximately 1 minute 25 seconds in duration and depicts a male child that is approximately 12-14 years old based upon the lack of development of his body and genitals as well as the lack of pubic hair. The child is completely nude and laying on his back

while an adult male is leaning over the child and inserts his erect penis into the anus of the child.

**File Name:** 6eb51309-0e02-48e4-b2f4-0dfa082bb278.mp4
File Description: A video that is approximately 0:14 seconds in duration and depicts a female child that is approximately 10-12 years old that is performing oral sex on an adult male's erect penis. (This video was sent two times)

9. Kik also included subscriber data and five hundred and twenty-nine (529) IP addresses in the CyberTip. I reviewed the IP addresses and found that between October 19, 2020, and November 12, 2020, the Kik Messenger account was accessed and/or transmitted messages 334 times from the IP Address 98.249.233.188. Most of the remaining IP addresses are assigned to the AT&T Cellular network. Based upon my training and experience, AT&T does not maintain any records related to their cellular based IP addresses. I then reviewed the Comcast subscriber and IP address assignment records, which show that the IP address 98.249.233.188 was assigned to the residence at 11140 Springfield Place, Cooper City, Florida on October 1, 2020, through December 16, 2020 (the date of the subpoena). This means that all of the activity associated to the 334 events related to IP address 98.249.233.188 occurred from the internet connection at 11140 Springfield Place, Cooper City, Florida.

10. I continued to review the contents of the Kik Messenger subscriber data provided by Kik, in conjunction with other investigative sources and open-source website and/or tools and made the following investigative discoveries. The reported account is being regularly accessed by an iPhone that is not associated with an enterprise account and is configured for the English language. The first and last name associated with the Kik Messenger account is "Ed Serta". This is information provided by the user and is similar to the name associated with the Comcast Account, Edgar Cerda. A search of the Florida DHSMV revealed Edgar Ali Cerda, 11/1/74 with an address of 11140 Springfield Place, Cooper City, Florida.

11. On or about March 3, 2021, your affiant obtained a search warrant, in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, for Cerda's residence, located in Cooper City, Florida.

12. On or about March 10, 2021, law enforcement executed the search warrant and made contact with Cerda. Law enforcement advised Cerda of his *Miranda* rights, which he waived. During the post-*Miranda* interview, Cerda admitted ownership of the email address trek4alt@outlook.com, stating it was his old email address. He also described how there were topics/groups about teens, and although they were supposed to be over 18, he remembered seeing lower teens that he would guess are around 15. Cerda then admitted that he would send the files that he received from the group back out to the group when people would say they had missed it. I then showed the defendant several screenshots which had been created from the videos that were reported by Kik. I numbered each image and if the defendant recognized an image, he was asked to initial the screenshot. The defendant admitted that he had seen Image #3, which was a screenshot from the files 408ad29f-b0d5-4959-8df1-bccba6433163.mp4 & c6bf7386-eeb9-4aec-bcce-9b593e8c2a39.mp4, which depicted a female child that is approximately 10-12 years old, who masturbates while filming herself. The defendant also stated that he "maybe" remembers #6 and #8, and remembered that there was possibly a comment about the girls in #6 being Russian. Cerda also admitted that he had spelled his name incorrectly when setting up the account, and that he had deleted everything when it became too much and the videos were too young. Cerda stated that he was only engaged in those groups for about two months because it was something new. He also admitted that he had sent the video depicted in screenshot #3 one time, possibly twice. Cerda was then questioned about the laptops found inside the residence. He provided the passwords for the Toshiba laptop and the HP laptop, stating that the Toshiba laptop was worthless and he was just trying to get his work files off of it.

13. While conducting the search of the residence, as authorized by the warrant, the previously mentioned Toshiba laptop was located on the dog crate in the dining room. This laptop was located near an HP laptop with a Zootopia sticker, which was on the dining room table. An on-scene forensic preview was conducted on the Toshiba laptop by BSO Digital Forensics Examiner Albert Grosman, at which time he found a keyword match for "babyj" which is a common search term and/or keyword used by those who are seeking child pornography. This device was seized and transported to the Digital Forensics Unit Office for further examination and analysis.

14. Upon further analysis it was found that the "babyj" keyword match was located as part of a file name related to a file obtained utilizing the Ares P2P program, which had at one time been installed on the laptop. One forensic artifact showed that the file path was \\EDCOMPUTER\UsersEdgar\AppData\Local\Ares\My Shared Folder \\_ARESTRA_05YRS baby-j shymodels babyj hussyfan hmm lea.mkv. This file name contains several search terms commonly utilized by those who are seeking child pornography.

15. I then utilized Griffeye to process the forensic image of the Toshiba laptop, so that the video and image files could be categorized and reviewed. Upon completion of the processing by the Griffeye software, I reviewed the below listed files which were all located within the following file path "\Users\Edgar\Pictures\iCloud Photos\Downloads". A sampling of the files are described below.

**File Name:** 6988E4ED-1B9F-4E65-ACA2-0ACED1A6A27A-5604-000001D864AAA0E3.mov
**File Description:** This file is approximately 0:14 seconds in duration and depicts a female child that is approximately 5-7 years old, wearing a pink shirt, and performing oral sex on an adult males erect penis.

**File Name:** IMG_8692.JPG
**File Description:** This file depicts a female child that is approximately 5-7 years old, wearing a yellow, blue, and red flowered top, and is nude from the waist down. The child is laying back with her legs spread open exposing her vagina as an adult is penetrating the child's anus with their index finger.

**File Name:** IMG_8971.mp4
**File Description:** This file is approximately 1 minute 6 seconds in duration and depicts a nude male child that is approximately 7-9 years old. The child's legs are spread and an adult male is touching his erect penis to the child's anus while masturbating. Later in the video the adult penetrates the child's anus with his index finger.

**File Name:** IMG_8977.mp4
**File Description:** This file is approximately 0:44 seconds in duration and depicts an adult male's erect penis rubbing against and attempting to penetrate the vagina of a female child that is approximately 4-6 years old.

**File Name:** IMG_8975.mp4
**File Description:** This file is approximately 1 minute 18 seconds in duration and depicts an adult male inserting his erect penis into the mouth of a female child that is approximately 2-4 years old. The adult male ejaculates into the face of female child and then continues to insert his erect penis into the child's mouth.

16.  In addition to these files, law enforcement personnel observed several other images stored on the hard drive that appeared to depict child pornography.

## CONCLUSION

Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of **Edgar Ali Cerda** for possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully submitted,

_____ 13185
Nicholas P. Masters, Detective/TFO
Broward Sheriff's Office
Federal Bureau of Investigation

Sworn and subscribed before me in accordance to the requirements of Federal Rule of Criminal Procedure 4.1 on this 22nd day of May, 2023.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE